UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Judith Tompson

    v.                            Civil No. 15-cv-471-LM

Rockingham County Sheriff's Department


O R D E R


After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 3, 2016.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: February 22, 2016

cc:  Judith Tompson, pro se